IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02080-WYD-MJW

DAVID LADOUCEUR, Individual,
LISA LADOUCEUR, Individual,

     Plaintiffs,

v.

WELLS FARGO,
WELLS FARGO BANK,
WELLS FARGO & CO.,
WELLS FARGO BANK NA,
WELLS FARGO PROPERTY MORTGAGE, and
WELLS FARGO ASSET SECURITIES CORPORATION,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     The Defendants' Unopposed Motion to Vacate Hearing on Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 14) is **GRANTED.**  The hearing set for **Monday, November 2, 2015 at 10:30 a.m.** and all other associated deadlines are **VACATED.**  The Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 12) is **DENIED WITHOUT PREJUDICE.**

     Dated:  October 30, 2015