IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02080-WYD-MJW

DAVID LADOUCEUR, Individual, and
LISA LADOUCEUR, Individual,

Plaintiffs,

v.

WELLS FARGO,
WELLS FARGO BANK,
WELLS FARGO & CO.,
WELLS FARGO BANK NA,
WELLS FARGO PROPERTY MORTGAGE, and
WELLS FARGO ASSET SECURITIES CORPORATION, ,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Vacate Scheduling Conference and Stay Discovery (Docket No. 18) is granted.  Accordingly, the Scheduling Conference set on November 17, 2015, at 10:00 a.m. is vacated, and discovery is stayed until further order of the court.

Date: November 10, 2015