IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02080-WYD-MJW

DAVID LADOUCEUR, Individual,
LISA LADOUCEUR, Individual,

    Plaintiffs,

v.

WELLS FARGO,
WELLS FARGO BANK,
WELLS FARGO & CO.,
WELLS FARGO BANK NA,
WELLS FARGO PROPERTY MORTGAGE, and
WELLS FARGO ASSET SECURITIES CORPORATION,

    Defendants.

## ORDER

    THIS MATTER is before the Court on a review of the file.  On February 9, 2016, Plaintiffs filed a Motion for Preliminary Injunction and Temporary Restraining Order. Later the same day, Plaintiffs filed a Motion to Withdraw Motion for Preliminary Injunction and Temporary Restraining Order.  The Court, having reviewed the motions and being fully advised in the premises,

    ORDERS that Plaintiffs' Motion to Withdraw Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 26) is **GRANTED**.  The Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 25) shall be deemed withdrawn and is moot.

Dated: February 9, 2016.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE