IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-02080-WYD-MJW

DAVID LADOUCEUR, Individual,
LISA LADOUCEUR, Individual,

    Plaintiffs,

v.

WELLS FARGO,
WELLS FARGO BANK,
WELLS FARGO & CO.,
WELLS FARGO BANK NA,
WELLS FARGO PROPERTY MORTGAGE, and
WELLS FARGO ASSET SECURITIES CORPORATION,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on May 4, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Defendants, Wells Fargo; Wells Fargo Bank; Wells Fargo & Co.; Wells Fargo Bank, N.A.; Wells Fargo Property Mortgage; and Wells Fargo Asset Securities Corporation, and against Plaintiffs, David Ladouceur and Lisa Ladouceur, on Defendant's Motion to Dismiss.  It is further

    ORDERED that plaintiffs' complaint and action are dismissed with prejudice.  It is further

ORDERED that Plaintiffs' FDCPA, declaratory judgment, standing, and wrongful foreclosure claims are **DISMISSED WITH PREJUDICE.**  It is further

ORDERED that the remaining state law claims are **DISMISSED WITHOUT PREJUDICE.**  It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 4th day of May, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk